IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>MARK TOSONE,<br><br>     Defendant. | 8:22CR179<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

  The defendant appeared before the Court on April 29, 2025 regarding Petition for Offender Under Supervision [22]. Aaron Smeall represented the defendant. Kathryn Pflug represented the government on behalf of Donald Kleine. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

  The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on May 27, 2025.

  The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision and additional mandatory condition (3), and special conditions (c), (f), and (w).

  **IT IS SO ORDERED**.

  Dated this 29th day of April, 2025.

                       BY THE COURT:

                       s/ Michael D. Nelson
                       United States Magistrate Judge